THE STATE OF OHIO, APPELLEE, *v*. LUCAS, APPELLANT.

[Cite as *State v. Lucas*, 124 Ohio St.3d 118, 2009-Ohio-6545.]

*Court of appeals' judgment affirmed on the authority of State v. Lester.*

(No. 2009-0362 — Submitted September 30, 2009 — Decided December 17, 2009.)

APPEAL from the Court of Appeals for Stark County, No. 2007CA00292, 2009-Ohio-19.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Lester*, 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

John D. Ferrero, Stark County Prosecuting Attorney, and Kathleen O. Tatarsky, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Melissa M. Prendergast, Assistant Public Defender, for appellant.

_____